UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN LaMANTIA,

          NO. CIV. S-01-1933 LKK/GGH

    Plaintiff,

    v.                          O R D E R

HEWLETT-PACKARD COMPANY
EMPLOYEE BENEFITS
ORGANIZATION INCOME
PROTECTION PLAN,

    Defendant.
_____/

    On September 14, 2006, the Ninth Circuit remanded the above captioned case. The Circuit explained that the decision in <u>Abatie v. Alta Health & Life Ins. Co.</u>, 458 F.3d 955 (9th Cir. 2006) fundamentally changes how courts review administrator determinations under the Employee Retirement Security Act, 29 U.S.C. §§ 1001-1461. In light of the Circuit's remand, the parties shall file new motions for summary judgment which take into account the new standard set forth in <u>Abatie</u>. Accordingly, the court sets the following briefing schedule:

    1.    Motions for summary judgment shall be filed no later

1

than January 2, 2007 at 9:00 a.m.

2. Oppositions or statements of non-oppositions shall be filed no later than January 16, 2007 at 9:00 a.m.

3. Reply briefs shall be filed no later than January 22, 2007 at 9:00 a.m.

4. Oral argument on the motions for summary judgment is SET for January 29, 2007 at 10:00 a.m. in Courtroom Four.

IT IS SO ORDERED.

DATED: October 13, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT